CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 MAR 27 PM 3: 16

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REIDIE JACKSON, PRO SE, <br> also known as REIDIE JAMES JACKSON, <br> TDCJ-CID No. 1164177, <br> Previous TDCJ-CID No. 795456, <br> Previous TDCJ-CID No. 874760, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW SNEAD, C.O., ET AL., <br><br> Defendants. | 2:14-CV-0035 |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT SNEAD'S MOTION FOR SUMMARY JUDGMENT

Plaintiff REIDIE JACKSON, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, has filed suit pursuant to Title 42, United States Code, section 1983 complaining against three defendants employed by the Texas Department of Criminal Justice and has been granted permission to proceed in forma pauperis. On May 13, 2014, with the sole exception of plaintiff's August 14, 2013 excessive force claims against defendant SNEAD, all of plaintiff's remaining claims were dismissed with prejudice as frivolous and for failure to state a claim on which relief can be granted.

On March 12, 2015, a Report and Recommendation was issued by the United States Magistrate Judge analyzing defendant SNEAD's motion for summary judgment and all relevant pleadings and exhibits, etc., and recommending defendant's motion for summary judgment be DENIED.

The period for response has expired; and no objections have been filed by either party.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment submitted by defendant SNEAD is DENIED.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

It is SO ORDERED.

Signed this the _____ 27th _____ day of March, 2015.

_____
MARY LOU ROBINSON
United States District Judge